| | |
|---|---|
| KAZEROUNI LAW GROUP, APC<br>Abbas Kazerounian, Esq. (SBN: 249203)<br>ak@kazlg.com<br>Matthew M. Loker, Esq. (SBN: 279939)<br>ml@kazlg.com<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br>Telephone:  (800) 400-6808<br>Facsimile:  (800) 520-5523<br><br>HYDE & SWIGART<br>Joshua B. Swigart, Esq. (SBN: 225557)<br>Josh@westcoastlitigation.com<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Telephone:  (619) 233-7770<br>Facsimile:  (619) 297-1022<br><br>*Counsel for Plaintiff*<br>*Seyed M. Kazerouni* | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Colleen Bal, Esq. (SBN: 167637)<br>cbal@wsgr.com<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone:  (415) 947-2000<br>Facsimile:  (415) 947-2099<br><br>*Counsel for Defendant*<br>*GoDaddy.com, LLC* |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED M. KAZEROUNI,<br>Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>GODADDY.COM, LLC,<br><br>                    Defendant. | Case No. 8:14-CV-00800-DOC-RNB<br><br>Class Action<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:  5/28/2014<br>Current Response Date:  6/18/2014<br>New Response Date:  7/18/2014 |

1  Pursuant to Local Rule 8-3, the undersigned counsel for Plaintiff Seyed M.
2  Kazerouni and Defendant GoDaddy.com, LLC have agreed to extend the time
3  within which Defendant must respond to Plaintiff's initial Complaint by thirty (30)
4  days from the date the response initially would have been due.  Plaintiff's
5  Complaint was served on Defendant on May 28, 2014, and Defendant's current
6  response date is June 18, 2014.  This stipulation shall therefore extend Defendant's
7  response date to July 18, 2014.  This stipulation is without prejudice to any
8  response or motion that Defendant may file regarding the Complaint, including but
9  not limited to a motion to transfer venue.

10  The undersigned counsel have further agreed to extend the time within which
11  Plaintiff must file a motion for class certification pursuant to Local Rule 23-3 by
12  one hundred eighty-one (181) days.  Plaintiff's current due date for a motion for
13  class certification is August 26, 2014.  This stipulation shall therefore extend
14  Plaintiff's class certification date to February 23, 2015.

15  Discussions between the parties are ongoing regarding the allegations in
16  Plaintiff's Complaint.  The parties respectfully request that the Court grant these
17  extensions in order to provide additional time to confer and discuss potential
18  avenues for resolution.  There have been no prior requests for extensions in this
19  case.

20  Dated:  June 16, 2014            WILSON SONSINI GOODRICH & ROSATI
21                                   Professional Corporation

22                                   By: */s/ Colleen Bal*
23                                        Colleen Bal
24                                        *Counsel for Defendant GoDaddy.com, LLC*

25  Dated:  June 16, 2014            KAZEROUNI LAW GROUP, APC

26                                   By: */s/ Abbas Kazerounian*
27                                        Abbas Kazerounian
28                                        *Counsel for Plaintiff Seyed M. Kazerouni*

-2-

STIPULATION TO EXTEND TIME
CASE NO. 8:14-CV-00800-DOC-RNB

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-4.3.4(a)(2)(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated:  June 16, 2014            */s/ Colleen Bal*
                                 Colleen Bal