Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEYED M. KAZEROUNI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>　　　　　　PLAINTIFFS,<br><br>V.<br><br>**GODADDY.COM, INC.,**<br><br>　　　　　　DEFENDANT. | Case No. 8:14-cv-00800-DOC-RNB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Plaintiff's individual claims with prejudice and the putative class claims without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

　　　RESPECTFULLY SUBMITTED this 7th day of August, 2014.

　　　　　　　By:　<u>s/Todd M. Friedman</u>
　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　Attorney for Plaintiff

Notice of Dismissal  - 1

Filed electronically on this 7th day of August, 2014, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 7th day of August, 2014, via the ECF system to:

Honorable David O. Carter
Judge of the United States District Court
Central District of California

COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105

By: s/Todd M. Friedman
　　　Todd M. Friedman

Notice of Dismissal  - 2